UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM JOHN GRADY, III, | Case No. 10-CV-0768 (PJS/JJK) |
| PETITIONER, | |
| v. | ORDER |
| OTIS ZANDERS, MCF Red Wing Warden, | |
| Respondent. | |

William John Grady, III, pro se.

Kathleen A. Heaney, SHERBURNE COUNTY ATTORNEY'S OFFICE, for respondent.

This matter is before the Court on the objection of William John Grady, III, to the April 7, 2011 Report and Recommendation ("R&R") of Magistrate Judge Jeffrey J. Keyes. The Court has reviewed de novo those portions of the R&R to which Grady has objected, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The Court overrules Grady's objection and adopts Judge Keyes's R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES Grady's objection [Docket No. 23] and ADOPTS Judge Keyes's R&R [Docket No. 22]. Accordingly, IT IS HEREBY ORDERED THAT:

1. The petition of William John Grady, III, under 28 U.S.C. § 2254 for a writ of habeas corpus is DENIED.

2. This case is DISMISSED WITH PREJUDICE.

3.   No certificate of appealability will issue.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  July 8, 2011                              s/Patrick J. Schiltz
                                                  Patrick J. Schiltz
                                                  United States District Judge